# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHAD ALI IBRAHIM, | : | |
| Petitioner, | : | |
| v. | : | No. 4:18-CV-956 |
| ERIC TICE, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 29th day of January 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion (Doc. 16) requesting that disposition of his pending habeas corpus action be stayed is **GRANTED**.

2. Adjudication of Ibrahim' federal habeas corpus claims is **STAYED**.

3. Within thirty (30) days of the termination of Petitioner's attempt to obtain state court review of his pending unexhausted claims, he is directed to file a written notification with this Court.

4. Petitioner's motion (Doc. 14) asking to be provided with a copy of Respondent's answer is **DENIED** as premature as it is dated prior to the filing of the response.

5. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge