# I IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHAD ALI IBRAHIM, | No. 4:18-CV-00956 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| ERIC TICE, *et al.*, | |
| Respondents. | |

## ORDER

**SEPTEMBER 30, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED WITH PREJUDICE**.

2. A certificate of appealability will not issue.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge